**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Shawn T. Hamiel dba Double SS Trucking Company | CHAPTER 13 |
| Debtor(s) | BKY. NO. 21-10935 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of NWL Company, LLC and index same on the master mailing list.

                        Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
24 Mar 2022, 15:10:01, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322