IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| | : CASE NO. 21-10935-mdc |
| SHAWN T. HAMIEL, | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : June 23, 2022 @ 11:00 a.m. |
| | : |
| MOVANT, | : |
| V. | : |
| SHAWN T. HAMIEL, | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 97 |

<u>CERTIFICATE OF SERVICE FOR THE PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED AMENDED
CHAPTER 13 PLAN</u>

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on April 28, 2022 by:

**21-10935-mdc Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

JOSHUA DOMER on behalf of Creditor CITY OF PHILADELPHIA
joshua.domer@phila.gov, Edelyne.Jean-Baptiste@Phila.gov

DANIEL P. JONES on behalf of Creditor NWL Company, LLC
djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES on behalf of Creditor Wilmington Savings Fund Society, FSB d/b/aChristina Trust, Not in its individual capacity but solely as the trustee for the Brougham Fund I Trust
djones@sterneisenberg.com, bkecf@sterneisenberg.com

RONALD G. MCNEIL on behalf of Debtor Shawn T. Hamiel
r.mcneil1@verizon.net

REBECCA ANN SOLARZ on behalf of Creditor NWL Company, LLC
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

KENNETH E. WEST on behalf of Trustee KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**21-10935-mdc Notice will not be electronically mailed to:**

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666


Date Executed: April 28, 2022                                          Respectfully submitted,


                                                        /s/ Jonathan W. Chatham
                                                        Jonathan W. Chatham
                                                        Deputy Chief Counsel
                                                        PA Department of Revenue
                                                        Office of Chief Counsel
                                                        P.O. Box 281061
                                                        Harrisburg, PA 17128-1061
                                                        PA I.D. # 209683
                                                        Phone: 717-783-3673
                                                        Facsimile: 717-772-1459