IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                       :
                                             :        In Chapter 13
        SHAWN T. HAMIEL,                     :
                                             :        Bankruptcy No. 21-10935 (MDC)
                                Debtor.      :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Third Amended Chapter 13 Plan (Document #115) which was filed on September 20, 2022.

                                                Respectfully submitted,

                                                THE CITY OF PHILADELPHIA

Dated: January 2, 2023             By:   /s/ *Joshua Domer*
                                                  JOSHUA DOMER
                                                  Assistant City Solicitor
                                                  PA Attorney I.D. 319190
                                                  Attorney for the City of Philadelphia, and/or Water Revenue Bureau
                                                  City of Philadelphia Law Department
                                                  Municipal Services Building
                                                  1401 JFK Boulevard, 5th Floor
                                                  Philadelphia, PA 19102-1595
                                                  215-686-0519 (phone)
                                                  Email: Joshua.Domer@phila.gov