United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 21-10935-mdc
Shawn T. Hamiel | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Feb 16, 2023      Form ID: 155      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Shawn T. Hamiel, 6001 No. Water Street, Philadelphia, PA 19120-2014 |
| 14597458 | + | Comcast Cable Communications, Bankruptcy Department, P.O. Box 1931, Burlingame, CA 94011-1931 |
| 14597462 | | First Premier Bank, a/k/a,, Premier Bankcard, LLC, Bankruptcy Department, 601 So. Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 14597463 | + | Inspired Funding, LLC, 277 Fairfield Road, Suite 310, Fairfield, NJ 07004-1943 |
| 14597465 | | Maxim Capital Enterprise, Maxim Commercial Capital, 11620 Wilshire Blvd, Suite 540, Los Angeles, CA 90025-1778 |
| 14653265 | | NWL Company, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14597468 | + | Philadelphia Gas Works, Bankruptcy Unit, P.O. Box 3500, 800 W. Montgomery Ave, 3rd Flr, Philadelphia, PA 19122-2806 |
| 14641632 | | Ronald G. McNeil, Esquire, 1333 Race Street, Philadelphia, PA 19107-1585 |
| 14598320 | + | Wilmington Savings Fund Soc, c/o Daniel P. Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14610533 | | Email/Text: bnc@atlasacq.com | Feb 17 2023 00:11:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14597452 | | Email/Text: bankruptcy@acimacredit.com | Feb 17 2023 00:11:00 | Acima Credit, 9815 So. Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 14615006 | | Email/PDF: bncnotices@becket-lee.com | Feb 17 2023 00:16:41 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14597455 | + | Email/Text: bankruptcy@bsifinancial.com | Feb 17 2023 00:11:00 | BSI Financial Services, Inc., a/k/a,, Wilmington Savings Fund Society, FSB, Bankruptcy Department, P.O. Box 517, 314 So. Franklin Street, Titusville, PA 16354-2168 |
| 14607846 | + | Email/Text: alexis@multisourcellc.com | Feb 17 2023 00:11:00 | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 14597457 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 17 2023 00:11:00 | CB Indigo, a/k/a/, Celtic Bank, Genesis FS Card Services, Inc., 268 So. State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 14635934 | | Email/Text: megan.harper@phila.gov | Feb 17 2023 00:11:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14615994 | | Email/Text: megan.harper@phila.gov | Feb 17 2023 00:11:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14597454 | | Email/Text: cfcbackoffice@contfinco.com | | |

Case 21-10935-mdc Doc 144 Filed 02/18/23 Entered 02/19/23 00:35:13 Desc
Imaged Certificate of Notice Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: 155 | Total Noticed: 38 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 17 2023 00:11:00 | The Bank of Missouri, c/o Continental Finance Co., LLC, P.O. Box 8099, Newark, De 19714-8099 |
| 14597456 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2023 09:32:17 | Capital One Financial, Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14597459 | | Email/Text: ebnnotifications@creditacceptance.com | Feb 17 2023 00:11:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14597460 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 17 2023 00:16:50 | Credit One Bank, N.A., Bankruptcy Department, 6801 So. Cimarron Road, Las Vegas, NV 89113-2273 |
| 14597461 | | Email/Text: bankruptcydepartment@tsico.com | Feb 17 2023 00:11:00 | EOS CCA, Customer Care Department, P.O. Box 329, Norwell, MA 02061-0329 |
| 14597464 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 17 2023 00:11:00 | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14609084 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2023 00:16:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14606739 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 17 2023 00:11:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14678758 | ^ | MEBN | Feb 17 2023 00:06:09 | NWL Company, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14609814 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 17 2023 00:11:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14597467 | | Email/Text: bankruptcygroup@peco-energy.com | Feb 17 2023 00:11:00 | PECo Energy Co., Bankruptcy Group, 2301 Market Street # N3-2, Philadelphia, PA 19103-1338 |
| 14597466 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 17 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 14597469 | + | Email/Text: megan.harper@phila.gov | Feb 17 2023 00:11:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room 508, Philadelphia, PA 19102-1617 |
| 14610255 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 17 2023 00:11:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14604042 | | Email/Text: bnc-quantum@quantum3group.com | Feb 17 2023 00:11:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14597471 | | Email/Text: bankruptcy@snapfinance.com | Feb 17 2023 00:11:00 | Snap Finance, LLC, 1193 West 2400 South, Salt Lake City, UT 84119-1547 |
| 14597470 | | Email/Text: support@sensibleauto.com | Feb 17 2023 00:11:00 | Sensible Auto Lending, 26 Mill Plain Road, Suite 2D, Danbury, CT 06811-5186 |
| 14597472 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 17 2023 00:16:39 | T-Mobile USA, Inc., ATTN: Bankruptcy Dept, P.O. Box 53410, Bellevue, WA 98015-3410 |
| 14597453 | | Email/Text: kmattingly@bankofmissouri.com | Feb 17 2023 00:11:00 | The Bank of Missouri, Bankruptcy Department, 916 No. Kingshighway Street, Perryville, MO 63775-1204 |
| 14624053 | + | Email/Text: megan.harper@phila.gov | Feb 17 2023 00:11:00 | The City of Philadelphia, c/o Joshua Domer, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14609306 | + | Email/Text: bankruptcy@bsifinancial.com | Feb 17 2023 00:11:00 | Wilmington Savings Fund Society, C/O BSI Financial Services, Inc., 314 South Franklin Street, P.O. Box 517, Titusville, PA 16354-0517 |

TOTAL: 29

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: 155 | Total Noticed: 38 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14613775 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14603369 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14601735 | ##+ | Sensible Auto Finance, 26 MILL PLAIN RD STE 2D, DANBURY CT 06811-5186 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
   on behalf of Creditor NWL Company  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DANIEL P. JONES
   on behalf of Creditor NWL Company  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES
   on behalf of Creditor Wilmington Savings Fund Society  FSB d/b/aChristina Trust, Not in its individualcapacity but solely as the trustee for theBrougham Fund ITrust djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
   on behalf of Creditor NWL Company  LLC bkgroup@kmllawgroup.com

JONATHAN WILKES CHATHAM
   on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

JOSHUA DOMER
   on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

KENNETH E. WEST
   ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
   on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

RONALD G. MCNEIL
   on behalf of Debtor Shawn T. Hamiel r.mcneil1@verizon.net

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Shawn T. Hamiel
      Debtor(s)

Chapter: 13

Bankruptcy No: 21−10935−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this February 16, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Magdeline D. Coleman
                                      Chief Judge ,
                                      United States Bankruptcy Court

                                                        143
                                                  Form 155