IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
---------------------------------------------------------x
In re:                                            :
                                                  :
     Shawn T. Hamiel                              :
                                                  :   Bankruptcy No. 21-10935 (mdc)
                                    Debtor.       :
---------------------------------------------------------x
```

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly withdraw the appearance of JOSHUA DOMER, Esquire as counsel of record for creditor The City of Philadelphia and/or Water Revenue Bureau in the above-captioned matter.

                                                 THE CITY OF PHILADELPHIA

Dated: June 23, 2023        By:    */s/ JOSHUA DOMER*
                                                 JOSHUA DOMER
                                                 DEPUTY CITY SOLICITOR
                                                 PA Attorney I.D. 319190

## ENTRY OF APPEARANCE

Kindly enter the appearance of PAMELA ELCHERT THURMOND, Esquire as counsel of record for creditor The City of Philadelphia and/or the Water Revenue Bureau in the above captioned matter.

                                                THE CITY OF PHILADELPHIA

Dated: June 23, 2023        By:    */s/ Pamela Elchert Thurmond*
                                            PAMELA ELCHERT THURMOND
                                            Senior Attorney
                                            PA Attorney I.D. 202054
                                            Attorney for the City of Philadelphia
                                            City of Philadelphia Law Department
                                            Municipal Services Building
                                            1401 JFK Boulevard, 5th Floor
                                            Philadelphia, PA  19102-1595
                                            215-686-0508 (phone)
                                            Email: Pamela.Thurmond@phila.gov