UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 21 - 10935 |
| Shawn T. Hamiel | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Magdeline D. Coleman |
|  | : |  |

## Notice of Objection to Certification of Default and Hearing Date

Debtor, Shawn T. Hamiel, by and through his attorney, Ronald G. McNeil, Esquire, have filed an objection to NWL Company, LLC's Certification of Default.

**<u>Your certification may be overruled. You should read these papers carefully and discuss them with your attorney, if you have one.</u>**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge, in Courtroom 2 at the Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107-4299, on August 15, 2023, at 10:30 a.m. If your or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your certification of default.

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: July 19, 2023