*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Shawn T. Hamiel
    Debtor(s)

Case No: 21−10935−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*rescheduled *
Motion to Dismiss Case for Failure to Make Plan Payments .

on: 1/25/24

at: 09:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/22/23

Timothy B. McGrath
Clerk of Court

163 − 154
Form 167