United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-10935-mdc

Shawn T. Hamiel Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: 167 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Shawn T. Hamiel, 6001 No. Water Street, Philadelphia, PA 19120-2014 |
| cr | + | Wilmington Savings Fund Society, FSB d/b/aChristin, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bnc@atlasacq.com | Dec 22 2023 23:43:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | Email/Text: megan.harper@phila.gov | Dec 22 2023 23:44:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NWL Company LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIEL P. JONES | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: 167 | Total Noticed: 4 |

    on behalf of Creditor NWL Company LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

**DANIEL P. JONES**
    on behalf of Creditor Wilmington Savings Fund Society FSB d/b/a Christina Trust, Not in its individual capacity but solely as the trustee for the Brougham Fund I Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

**DENISE ELIZABETH CARLON**
    on behalf of Creditor NWL Company LLC bkgroup@kmllawgroup.com

**JONATHAN WILKES CHATHAM**
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

**KENNETH E. WEST**
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

**KENNETH E. WEST**
    ecfemails@ph13trustee.com philaecf@gmail.com

**MARK A. CRONIN**
    on behalf of Creditor NWL Company LLC bkgroup@kmllawgroup.com

**PAMELA ELCHERT THURMOND**
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

**RONALD G. MCNEIL, Esquire**
    on behalf of Debtor Shawn T. Hamiel r.mcneil@verizon.net

**United States Trustee**
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Shawn T. Hamiel
    Debtor(s)

Case No: 21−10935−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

  *rescheduled *
  Motion to Dismiss Case for Failure to Make Plan Payments .

    on: 1/25/24

    at: 09:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  12/22/23

Timothy B. McGrath
Clerk of Court

163 − 154
Form 167