United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10935-mdc |
| Shawn T. Hamiel | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 27, 2024 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Shawn T. Hamiel, 6001 No. Water Street, Philadelphia, PA 19120-2014 |
| cr | + | Wilmington Savings Fund Society, FSB d/b/aChristin, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 28 2024 00:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 28 2024 00:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: bnc@atlasacq.com | Feb 28 2024 00:46:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | Email/Text: megan.harper@phila.gov | Feb 28 2024 00:47:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2024           Signature:           /s/Gustava Winters

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Feb 27, 2024     Form ID: pdf900     Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor NWL Company LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society FSB d/b/aChristina Trust, Not in its individualcapacity but solely as the trustee for theBrougham Fund ITrust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NWL Company LLC bkgroup@kmllawgroup.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor NWL Company LLC bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor Wilmington Savings Fund Society FSB d/b/aChristina Trust, Not in its individualcapacity but solely as the trustee for theBrougham Fund ITrust bkgroup@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| RONALD G. MCNEIL, Esquire | on behalf of Debtor Shawn T. Hamiel r.mcneil@verizon.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| Shawn T. Hamiel d/b/a Double SS Trucking Company <br>                       <u>Debtor(s)</u> | CHAPTER 13 |
| NWL Company, LLC <br>                       <u>Movant</u> <br>     vs. | NO. 21-10935 MDC |
| Shawn T. Hamiel d/b/a Double SS Trucking Company <br>                       <u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| Kenneth E. West <br>                       <u>Trustee</u> |  |

### **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. As of January 11, 2024, the post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$5,876.41.** Post-petition funds received after January 11, 2024, will be applied per the terms of this stipulation as outlined here. The arrearage breaks down as follows:

   Post-Petition Payments:  June 2023 through August 2023 at $798.49/month; September 2023 through January 2024 at $811.06/month
   Suspense Balance:                  ($574.36)
   **Total Post-Petition Arrears        $5,878.41**

2. Debtor(s) shall cure said arrearages in the following manner:

   a). Within seven (7) days of the filing of this stipulation, Debtor shall remit a tender payment of **$1,500.00** to Movant.

   b). The remaining balance of the arrears of **$4,376.41**, beginning on February 2024 and continuing through July 2024, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$811.06** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$729.41 for February 2024 through June 2024 and $729.36 for July 2024** towards the arrearages on or before the last day of each month at the address below;

Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

    b).    Maintenance of current monthly mortgage payments to the Movant thereafter.

    3.    Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

    4.    In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

    5.    The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

    6.    If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

    7.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

    8.    The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

    9.    The parties agree that a facsimile signature shall be considered an original signature.

Date:    January 18, 2024

                          **/s/ Mark A. Cronin, Esquire**
                          Mark A. Cronin, Esquire
                          Attorney for Movant

Date: February 5, 2024                               /s/ Ronald G. McNeil
                                                     Ronald G. McNeil, Esquire
                                                     Attorney for Debtor(s)

                                                      No Objection

Date: February 23, 2024                              /s/ LeeAne O. Huggins
                                                     Kenneth E. West, Esquire
                                                     Chapter 13 Trustee

Approved by the Court this 26th day of February, 2024.  However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Magdeline D. Coleman.