UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 21 - 10935 |
| Shawn T. Hamiel | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Patricia M. Mayer |
|  | : |  |

## ORDER

AND NOW, upon consideration of Debtor's Motion to Modify Plan After Confirmation [ECF # 179], and after notice and hearing, and with the consent of the Chapter 13 Standing Trustee.

It is hereby ORDERED that

a) Debtor's Motion to Modify Plan After Confirmation is GRANTED;

b) Debtor's Modified Chapter 13 Plan [ECF # 190] is APPROVED.

DATE:                                                    BY THE COURT:

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge