UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re  
    Shawn T. Hamiel  
        Debtor.

Case No. 21 - 10935  
(Chapter 13)

Hon. Patricia M. Mayer

# ORDER

AND NOW, upon consideration of Debtor's Motion to Modify Plan After Confirmation [ECF # 179], and after notice and hearing, and with the consent of the Chapter 13 Standing Trustee.

It is hereby ORDERED that

a)    Debtor's Motion to Modify Plan After Confirmation is GRANTED;

b)    Debtor's Modified Chapter 13 Plan [ECF # 190] is APPROVED.

DATE:

BY THE COURT

*Patricia M. Mayer*

12/13/24

Hon. Patricia M. Mayer  
U.S. Bankruptcy Judge