B2830 (Form 2830) (04/25)

## UNITED STATES BANKRUPTCY COURT
### for the Eastern District of Pennsylvania

In re                                    :        Case No.  21 - 10935
    Shawn T. Hamiel          :                    (Chapter 13)
        Debtor.        :
                :        Hon. Patricia M. Mayer
                :

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

**Part I.   Certification Regarding Domestic Support Obligations** (check no more than one)
Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[x]   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ]   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

**Part II.   If you checked the second box, you must provide the information below.**
My current address: _____.
My current employer and my employer's address: _____

_____.

**Part III.   Certification Regarding Section 522(q)** (check no more than one)
Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[x]   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $214,000* in value in the aggregate.

[ ]   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $214,000* in value in the aggregate.

* Amounts are subject to adjustment on 4/01/28, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**Part IV.   Debtor's Signature**
    I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  6-2-26 _____
         Date

_Shawn T Hamiel_
Shawn T. Hamiel, Debtor