United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Shawn T. Hamiel
Debtor

Case No. 21-10935-djb
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Aug 26, 2026 | Form ID: 138FIN | Total Noticed: 3

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Shawn T. Hamiel, 6001 No. Water Street, Philadelphia, PA 19120-2014 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 27 2026 02:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2026 02:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society FSB d/b/aChristina Trust, Not in its individualcapacity but solely as the trustee for theBrougham Fund ITrust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor NWL Company LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KENNETH E. WEST | |

| | |
|---|---|
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee for LB-Treehouse Series VI Trust bkecf@friedmanvartolo.com |
| MATTHEW K. FISSEL | on behalf of Creditor Wilmington Savings Fund Society FSB d/b/aChristina Trust, Not in its individualcapacity but solely as the trustee for theBrougham Fund ITrust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor NWL Company LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| RONALD G. MCNEIL, Esquire | on behalf of Debtor Shawn T. Hamiel r.mcneil@verizon.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*Form 138FIN* (6/24)−doc 214 − 213

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Shawn T. Hamiel | ) | Case No. 21−10935−djb |
| dba Double SS Trucking Company | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: August 26, 2026

For The Court

Mohung Wong
Clerk of Court