United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-10935-djb
Shawn T. Hamiel Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4
Date Rcvd: Sep 25, 2026 Form ID: 138OBJ Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Shawn T. Hamiel, 6001 No. Water Street, Philadelphia, PA 19120-2014 |
| 14607846 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 14989443 | + | DEFENSE FINANCE AND ACCOUNTING SERVICES, DFASIN / Debt & Claims, PO Box 97045, St. Louis, MO 63197-0001 |
| 14597462 | | First Premier Bank, a/k/a,, Premier Bankcard, LLC, Bankruptcy Department, 601 So. Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 14597463 | + | Inspired Funding, LLC, 277 Fairfield Road, Suite 310, Fairfield, NJ 07004-1943 |
| 14597465 | | Maxim Capital Enterprise, Maxim Commercial Capital, 11620 Wilshire Blvd, Suite 540, Los Angeles, CA 90025-1778 |
| 14641632 | | Ronald G. McNeil, Esquire, 1333 Race Street, Philadelphia, PA 19107-1585 |
| 14601735 | + | Sensible Auto Finance, 26 MILL PLAIN RD STE 2D, DANBURY CT 06811-5186 |
| 14598320 | + | Wilmington Savings Fund Soc, c/o Daniel P. Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 26 2026 02:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14610533 | | Email/Text: bnc@atlasacq.com | Sep 26 2026 02:10:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14597452 | | Email/Text: bankruptcy@acima.com | Sep 26 2026 02:10:00 | Acima Credit, 9815 So. Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 14615006 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2026 02:09:06 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14597455 | + | Email/Text: bankruptcy@bsifinancial.com | Sep 26 2026 02:10:00 | BSI Financial Services, Inc., a/k/a,, Wilmington Savings Fund Society, FSB, Bankruptcy Department, P.O. Box 517, 314 So. Franklin Street, Titusville, PA 16354-2146 |
| 14597457 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 26 2026 02:11:00 | CB Indigo, a/k/a/, Celtic Bank, Genesis FS Card Services, Inc., 268 So. State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 14635934 | | Email/Text: megan.harper@phila.gov | Sep 26 2026 02:11:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14615994 | | Email/Text: megan.harper@phila.gov | Sep 26 2026 02:11:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14597454 | | Email/Text: cfcbackoffice@contfinco.com | Sep 26 2026 02:10:00 | The Bank of Missouri, c/o Continental Finance Co., LLC, P.O. Box 8099, Newark, De 19714-8099 |

| | | | | |
|---|---|---|---|---|
| 14597456 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2026 02:09:06 | Capital One Financial, Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14597458 | + | Email/Text: documentfiling@lciinc.com | Sep 26 2026 02:10:00 | Comcast Cable Communications, Bankruptcy Department, P.O. Box 1931, Burlingame, CA 94011-1931 |
| 14597459 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 26 2026 02:10:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14597460 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2026 02:09:07 | Credit One Bank, N.A., Bankruptcy Department, 6801 So. Cimarron Road, Las Vegas, NV 89113-2273 |
| 14989200 | + | Email/Text: dfas.cleveland-oh.hga.mbx.bankruptcy-notifications@mail.mil | Sep 26 2026 02:10:00 | DEFENSE FINANCE AND ACCOUNTING SERVICES, DEPT 3300/DFAS-IN/Debt and Claims, 8899 East 56th Street, Indianapolis, IN 46249-0002 |
| 14597461 | | Email/Text: bankruptcydepartment@tsico.com | Sep 26 2026 02:11:00 | EOS CCA, Customer Care Department, P.O. Box 329, Norwell, MA 02061-0329 |
| 14653265 | | Email/Text: ECF@fayservicing.com | Sep 26 2026 02:10:00 | NWL Company, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14597464 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2026 02:10:00 | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14597472 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Sep 26 2026 02:10:00 | T-Mobile USA, Inc., ATTN: Bankruptcy Dept, P.O. Box 53410, Bellevue, WA 98015-3410 |
| 14609084 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2026 02:09:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14606739 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2026 02:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14678758 | ^ | MEBN | Sep 26 2026 02:00:45 | NWL Company, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14609814 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 26 2026 02:10:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14597467 | | Email/Text: bankruptcygroup@peco-energy.com | Sep 26 2026 02:10:00 | PECo Energy Co., Bankruptcy Group, 2301 Market Street # N3-2, Philadelphia, PA 19103-1338 |
| 14597466 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2026 02:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 14597468 | ^ | MEBN | Sep 26 2026 02:00:49 | Philadelphia Gas Works, Bankruptcy Unit, P.O. Box 3500, 800 W. Montgomery Ave, 3rd Flr, Philadelphia, PA 19122-2806 |
| 14597469 | + | Email/Text: megan.harper@phila.gov | Sep 26 2026 02:11:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room 508, Philadelphia, PA 19102-1617 |
| 14610255 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 26 2026 02:10:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14604042 | | Email/Text: bnc-quantum@quantum3group.com | Sep 26 2026 02:10:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15090802 | | Email/Text: bknotices@snsc.com | Sep 26 2026 02:11:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 15086834 | ^ | MEBN | Sep 26 2026 02:00:47 | SN Servicing Corporation as Servicer for U.S. Bank, c/o Lauren M. Moyer, Esq., FRIEDMAN VARTOLO LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

| | | | | |
|---|---|---|---|---|
| 14597471 | | Email/Text: bankruptcy@snapfinance.com | Sep 26 2026 02:10:00 | Snap Finance, LLC, 1193 West 2400 South, Salt Lake City, UT 84119-1547 |
| 14597470 | | Email/Text: compliance@sensibleauto.com | Sep 26 2026 02:11:00 | Sensible Auto Lending, 26 Mill Plain Road, Suite 2D, Danbury, CT 06811-5186 |
| 14597453 | | Email/Text: nlorenz@bankofmissouri.com | Sep 26 2026 02:10:00 | The Bank of Missouri, Bankruptcy Department, 916 No. Kingshighway Street, Perryville, MO 63775-1204 |
| 14624053 | + | Email/Text: megan.harper@phila.gov | Sep 26 2026 02:11:00 | The City of Philadelphia, c/o Joshua Domer, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 15053717 | ^ | MEBN | Sep 26 2026 02:00:28 | U.S. Bank Trust National Association, et al., c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14609306 | + | Email/Text: bankruptcy@bsifinancial.com | Sep 26 2026 02:10:00 | Wilmington Savings Fund Society, C/O BSI Financial Services, Inc., 314 South Franklin Street, P.O. Box 517, Titusville, PA 16354-0517 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14613775 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14603369 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor NWL Company LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society FSB d/b/aChristina Trust, Not in its individualcapacity but solely as the trustee for theBrougham Fund ITrust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |

| | |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee for LB-Treehouse Series VI Trust bkecf@friedmanvartolo.com |
| MATTHEW K. FISSEL | on behalf of Creditor NWL Company LLC bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor Wilmington Savings Fund Society FSB d/b/aChristina Trust, Not in its individualcapacity but solely as the trustee for theBrougham Fund ITrust bkgroup@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| RONALD G. MCNEIL, Esquire | on behalf of Debtor Shawn T. Hamiel r.mcneil@verizon.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*Form 138OBJ* (6/24)−doc 216 − 210

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Shawn T. Hamiel | ) | Case No. 21−10935−djb |
| dba Double SS Trucking Company | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed on or before **October 26, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 25, 2026

For The Court

Mohung Wong
Clerk of Court